No. 1261, Misc. WINTER *v.* JOHNSTON, HOSPITAL DIRECTOR. Court of Appeals of New York. Certiorari denied. Petitioner *pro se. Louis J. Lefkowitz,* Attorney General of New York, *Paxton Blair,* Solicitor General, and *Anthony J. Lokot,* Assistant Attorney General, for respondent.

No. 1262, Misc. BIRCHER *v.* KANSAS. Supreme Court of Kansas. Certiorari denied.

No. 1323, Misc. PIRKLE *v.* ALABAMA. Supreme Court of Alabama. Certiorari denied. Petitioner *pro se. Richmond M. Flowers,* Attorney General of Alabama, and *Peter M. Lind,* Assistant Attorney General, for respondent.

No. 979, Misc. DOMNEYS *v.* WARDEN, MARYLAND PENITENTIARY. Court of Appeals of Maryland. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Fred E. Weisgal* for petitioner. *Thomas B. Finan,* Attorney General of Maryland, for respondent.

No. 1165, Misc. WALLACH *v.* LIEBERMAN ET AL. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit and for other relief denied.

No. 87. SIMPSON *v.* UNION OIL CO. OF CALIFORNIA, *ante,* p. 13. Petition for rehearing denied. MR. JUSTICE HARLAN took no part in the consideration or decision of this petition.

No. 1121, Misc. WEISS *v.* SKOURAS ET AL., *ante,* p. 919. Petition for rehearing denied.